# In the United States Court of Federal Claims

**No. 06-787C**
**(Bid Protest)**
**(Filed November 27, 2006)**

| | |
|---|---|
| **MCKING CONSULTING CORPORATION,** | |
| **Plaintiff,** | |
| **v.** | |
| **THE UNITED STATES,** | |
| **Defendant,** | |
| **and** | |
| **PROFESSIONAL AND SCIENTIFIC ASSOCIATES, INC.,** | |
| **Intervenor.** | |

## ORDER GRANTING MOTION TO INTERVENE

On November 27, 2006, Professional and Scientific Associates, Inc. (PSA) filed a motion to intervene in this action pursuant to Rule 24(a) of the Rules of the Court of Federal Claims (RCFC). PSA was awarded the Department of Heath and Human Services, Human Resources and Services Administration's Contract No. HHSH240F5806 at issue in this action.

Because PSA, as an awardee, has an interest in the outcome of this action and its interest cannot be represented by the existing parties, PSA's motion to intervene as a party defendant is **GRANTED**. RCFC 24(a).

s/Mary Ellen Coster Williams
**MARY ELLEN COSTER WILLIAMS**
**Judge**