# In the United States Court of Federal Claims

**No. 06-787C**
**(Bid Protest)**
**(Filed November 27, 2006)**

* * * * * * * * * * * * * * * * * * * * * * * * * * * *

**MCKING CONSULTING CORPORATION,**

**Plaintiff,**

**v.**

**THE UNITED STATES,**

**Defendant,**

**and**

**PROFESSIONAL AND SCIENTIFIC ASSOCIATES, INC.,**

**Intervenor.**

* * * * * * * * * * * * * * * * * * * * * * * * * * * *

---

**ORDER GRANTING MOTION FOR LEAVE TO FILE DOCUMENTS UNDER SEAL**

---

On November 27, 2006, Plaintiff filed a motion for leave to file documents in this action under seal. Specifically, Plaintiff seeks leave to file its Memorandum in Support of Motion for Preliminary Injunction (Memorandum) and Declaration of Jeffrey Human (Declaration) in support thereof. Good cause having been shown, Plaintiff's motion is **GRANTED**. Pursuant to Appendix C of the Rules of the Court of Federal Claims (RCFC), Plaintiff has also filed redacted copies of the Memorandum and Declaration which shall be placed in the public docket.

s/Mary Ellen Coster Williams
**MARY ELLEN COSTER WILLIAMS**
**Judge**