# In the United States Court of Federal Claims

**No. 06-787C**
**(Bid Protest)**
**(Filed November 30, 2006)**

| | |
|---|---|
| **MCKING CONSULTING CORPORATION,** | |
| **Plaintiff,** | |
| **v.** | |
| **THE UNITED STATES,** | |
| **Defendant,** | |
| **and** | |
| **PROFESSIONAL AND SCIENTIFIC ASSOCIATES, INC.,** | |
| **Intervenor.** | |

## ORDER GRANTING MOTION TO DISMISS

On November 29, 2006, with the agreement of the Plaintiff and pursuant to Rule 12(b)(1) of the Rules of the Court of Federal Claims (RCFC), Defendant filed a motion to dismiss this action. Because Plaintiff's challenge to the award in this bid protest has been rendered moot by the agency's termination of the challenged task order, the parties are requesting that this action be dismissed without prejudice.

Defendant's Motion to Dismiss is **GRANTED**. The Clerk is directed to dismiss this case without prejudice.

s/Mary Ellen Coster Williams
**MARY ELLEN COSTER WILLIAMS**
**Judge**