# In the United States Court of Federal Claims

**No. 06-787 C**

**MCKING CONSULTING CORPORATION**
**Plaintiff**

**v.**

**THE UNITED STATES**
**Defendant**

**and**

**PROFESSIONAL AND SCIENTIFIC ASSOCIATES, INC.**
**Defendant-Intervenor**

**JUDGMENT**

Pursuant to the court's Order, filed November 30, 2006,

IT IS ORDERED AND ADJUDGED this date, pursuant to Rule 58, that the complaint is dismissed, without prejudice.

Brian Bishop
Clerk of Court

December 1, 2006 By: s/ Debra L. Samler

Deputy Clerk